| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT** | |
| EFFECTED (1) BY ME: **KELVI FRIAS** | |
| TITLE: **PROCESS SERVER** | DATE: **11/20/2007 09:37AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MAYRICH CONSTRUCTION CORP.

Place where served:

1141 OAKPOINT AVE.  BRONX NY 10472

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

VENESSA BALLE

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____ . _____     SERVICES $ _____ . _____     TOTAL $ _____ . _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11 / 20 20 07          _____ L.S.
SIGNATURE OF KELVI FRIAS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   ADAM C. VIRANT, ESQ.
PLAINTIFF:  CARLOS ALBERTO FERRER
DEFENDANT:  MAYRICH CONSTRUCTION CORP.
VENUE:      DISTRICT OF NY
DOCKET:     07 CV 7999

11/20/07
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
Commission Expires Dec. 7, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.