```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS ALBERT FERRER,

                    Plaintiff,

      -against-

MAYRICH CONSTRUCTION CORP.,

                    Defendant.
------------------------------------------------------------X

Civil Action No. 07-CIV-7999
(Judge Koetl)

ECF Case

STIPULATION EXTENDING
TIME TO ANSWER
OR MOVE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, as follows:

1. Defendant, Mayrich Construction Corp. ("Mayrich") appears in the action by its attorneys Welby, Brady & Greenblatt, LLP; directs that all papers and pleadings henceforth be served on said attorneys at their office and post office address set forth below; admits the *in personam* jurisdiction of the Court; and waives all objections and defenses based on the sufficiency or the service of initial process in the action.

2. Plaintiff, by its undersigned counsel, consents and agrees that the time for Mayrich to answer or to move in respect of the complaint shall be, and the same hereby is, extended through and including December 21, 2007.

3. This stipulation may, without notice, be submitted to the Court to be "So Ordered" and/or filed electronically with the Clerk.

Dated:     December 10, 2007

                              KARPF, KARPF & VIRANT

By: _____
Adam C. Virant [AV5429]
Attorneys for Plaintiff, Carlos Alberto Ferrer
140 Broadway
46th Floor
New York, New York 10005
Telephone: (212) 929-6030
Fax: (212) 929-6123
E-mail: avirant@karpf-law.com

WELBY, BRADY & GREENBLATT, LLP

By: _____
Geoffrey S. Pope [GP5466]
Attorneys for Defendant, Mayrich Const. Corp.
Westchester Financial Center
11 Martine Avenue, 15th Floor
White Plains, New York 10606
Telephone: (914) 428-2100
Fax: (914) 428-2172
E-mail: gpope@wbgllp.com

IT IS SO ORDERED:

_____
U.S.D.J.

1/3/08