```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CARLOS ALBERT FERRER,

               Plaintiff,

-against-

MAYRICH CONSTRUCTION CORP.,

               Defendant.
----------------------------------------X

Civil Action No. 07-CIV-7999
(Judge Koetl)

ECF Case

STIPULATION EXTENDING
TIME TO ANSWER
OR MOVE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, as follows:

1. Plaintiff, by its undersigned counsel, consents and agrees that the time for Mayrich to answer or to move in respect of the complaint shall be, and the same hereby is, extended through and including January 4, 2008.

2. This stipulation may, without notice, be submitted to the Court to be "So Ordered" and/or filed electronically with the Clerk.

Dated:     December 21, 2007

                            KARPF, KARPF & VIRANT

                         By:  _____
                            Adam C. Virant [AV5429]
                            Attorneys for Plaintiff, Carlos Alberto Ferrer
                            140 Broadway
                            46th Floor
                            New York, New York 10005
                            Telephone: (212) 929-6030
                            Fax: (212) 929-6123

E-mail: avirant@karpf-law.com

WELBY, BRADY & GREENBLATT, LLP

By: _____
Geoffrey S. Pope [GP5466]
Attorneys for Defendant, Mayrich Const. Corp.
Westchester Financial Center
11 Martine Avenue, 15th Floor
White Plains, New York 10606
Telephone: (914) 428-2100
Fax: (914) 428-2172
E-mail: gpope@wbgllp.com

IT IS SO ORDERED:

_____
U.S.D.J.

1/3/08

2