USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARLOS ALBERTO FERRER,

**SUBSTITUTION OF COUNSEL**

Cv..: 07-7999

                    Plaintiff,

-against-

MAYRICH CONSTRUCTION CORP.,

                    Defendants.
------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Franklin, Gringer & Cohen, P.C., 666 Old Country Road, Suite 202, Garden City, NY 11530 be substituted in the place of Welby, Brady & Greenblatt, LLP as attorneys for Defendant Mayrich Construction Corp.

Dated:   February 21, 2008

| FRANKLIN, GRINGER & COHEN, P.C. | WELBY BRADY & GREENBLATT, LLP |
|---|---|
| By: _____<br>Joshua Marcus (JM 4250)<br>666 Old Country Road, Suite 202<br>Garden City, NY 11530-2013<br>(516) 228-3131 | By: _____<br>Geoffrey S. Pope (GP 5466)<br>Westchester Financial Center<br>11 Martine Avenue, 15th Floor<br>White Plains, New York 10606<br>(914) 428-2172 |

MAYRICH CONSTRUCTION CORP.

By: _____
James Furey

SO ORDERED:

_____
U.S.D.J.

3/3/08