UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   Cv. 07-7999 (JGK)
CARLOS ALBERTO FERRER,

                               Fed. R. Civ. P. 7.1
                               **STATEMENT**

                  Plaintiff,

      -against-

MAYRICH CONSTRUCTION CORP. a/k/a SBG
CONSTRUCTION CORP., MAYRICH EQUIPMENT
CORP., MAYRICH FOUNDATION COMPANY, LLC,
and JOSEPH T. SCOTT,

                  Defendants.
-----------------------------------------------------------------X

      I, Joshua Marcus, an associate of the law firm Franklin, Gringer & Cohen, P.C., counsel for defendants Mayrich Construction Corp., Mayrich Equipment Corp., Mayrich Foundation Company, LLC and Joseph T. Scott, having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1.

      1.     Each of the Defendants are a privately owned companies. None of the Defendant companies have publically held parent companies, nor are any of the Defendant companies affiliated with any other publically held subsidiaries, affiliates or other entities.

Dated: Garden City, New York
        March 7, 2008

                                               **FRANKLIN, GRINGER & COHEN, P.C.**

                     By:  /s_____
                          Joshua A. Marcus, Esq. (JAM 4250)
                          *Attorneys for Defendant*
                          666 Old Country Road, Suite 202
                          Garden City, NY 11530
                          (516) 228-3131

TO:    Adam C. Virant, Esq.
*Karpf Karpf & Virant*
*Attorneys for Plaintiff*
140 Broadway, 46th Floor
New York, NY 10005