```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARLOS ALBERTO FERRER,

                Plaintiff,

                -against-

MAYRICH CONSTRUCTION CORP. a/k/a SBG
CONSTRUCTION CORP., MAYRICH EQUIPMENT
CORP., MAYRICH FOUNDATION COMPANY, LLC,
and JOSEPH T. SCOTT,

                Defendants.
------------------------------------------------------------------X

07 Civ..: 7999 (JGK)

**AMENDED CIVIL**
**SCHEDULING ORDER**

**JOHN G. KOELTL, District Judge:**

    **Discovery:**    All discovery should be completed by September 8, 2008.

    **Dispositive Motions:**  Dispositive motions, if any are to be competed by October 6, 2008. The parties are advised to comply with the Court's Individual Practice 2(b) regarding motions, and to submit one fully briefed set of courtesy copies to the Court.

    **Pretrial Order/Motions In Limine:** A joint pretrial order, together with any motions in limine or motions to bifurcate shall be submitted by October 27, 2008. The pretrial order shall conform to the Court's Form Joint Pretrial Order.

    **Trial:** The parties shall be ready for trial on 48 hours notice on or after November 3, 2008. The estimated time for trial is 4 days, and this is a jury trial.

    The parties are directed to comply with the March 3, 2008 scheduling order to the extent such Order has not been amended as set forth herein.

**SO ORDERED.**

Dated: New York, New York
       July ___, 2008

                                                JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE